BUITENDORP v. MOORE.

APPEAL AND ERROR — NOTHING TO REVIEW WHERE NO FINDINGS MADE.

In a case tried before the court without a jury, where the court made no findings of fact and law, and none were requested, there is nothing for the Supreme Court to review.

Case-made from Muskegon; Vanderwerp (John), J. Submitted January 6, 1928.     (Docket No. 90.)     Decided February 14, 1928.

Assumpsit in justice's court by Ralph Buitendorp against Glade E. Moore for goods sold and delivered. There was judgment for plaintiff, and defendant appealed to the circuit court.     Judgment for plaintiff. Defendant appeals.     Affirmed.

*John G. Anderson,* for appellant.

*Harold H. Smedley,* for appellee.

CLARK, J.     This action in assumpsit was commenced in justice's court.     The cause was appealed to the circuit court and tried without a jury.     Plaintiff had judgment for $27.64.     Defendant has brought the case here for review on case-made.

The court made no findings of fact and law and none were requested.     There is therefore nothing here to review.     *McDonell* v. *Union Trust Co.,* 139 Mich. 386; *Simon* v. *Zarevich,* 213 Mich. 662; *Robbins* v. *Simons Sales Co.,* 218 Mich. 569; *Tuxbury* v. *French,* 39 Mich. 190.

Judgment affirmed.

NORTH, FELLOWS, WIEST, McDONALD, and SHARPE, JJ., concurred.

Chief Justice FLANNIGAN and the late Justice BIRD took no part in this decision.

Appeal and Error, 4 C. J. § 2546.